# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-2461

United States of America

Appellee

v.

Brandon Deshane Branigan, also known as B

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cr-00043-SHL-5)

---

## MANDATE

In accordance with the opinion and judgment of March 11, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 01, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit